**Order filed July 31, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00361-CV
_____

### RAMESH KAPUR D/B/A AIC MANAGEMENT COMPANY, Appellant

### V.

### BANK OF AMERICA, N.A., Appellee

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-32577**

## O R D E R

According to information provided to this court, this appeal is from a judgment signed February 12, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. On July 3, 2014, this court notified appellant to provide proof of payment for the record. On July 15, 2014, the court reporter advised this court that she had been paid for preparation of the reporter's record, but no response has been filed concerning payment for the clerk's record. Accordingly, we issue the following order:

The appeal will be dismissed for want of prosecution unless, on or before **August 15, 2014**, appellant pays for the clerk's record and provides this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

PER CURIAM